## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD BAILEY, | ) CIVIL ACTION NO. |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL OF** |
| | ) **CIVIL ACTION BASED UPON** |
| ROY D. BURK, | ) **DIVERSITY OF CITIZENSHIP** |
| | ) |
| Defendant. | ) |
| | ) JANUARY 3, 2013 |

**To:    Clerk of the Court, United States
District Court, District of Connecticut**

NOW COMES Defendant/Petitioner ROY D. BURK, by and through his

undersigned counsel, and respectfully petitions this Honorable Court as follows:

1.      Petitioner is the named defendant in a civil action (docket number not yet

assigned), returnable to the Connecticut Superior Court, Judicial District of Waterbury at

Waterbury (hereafter "the state court action").  The return date for the state court action

is January 22, 2013.  A copy of the Summons and Complaint in the state court action is

attached hereto as **Exhibit A**.

2.      The Plaintiff's two-count complaint sounds in negligence (First Count) and

recklessness (Second Count), and arises out of an automobile accident that is alleged

to have occurred at approximately 10:20 p.m. on May 21, 2011, on I-84 eastbound in

Middlebury, Connecticut.   The Plaintiff claims that as his vehicle was stopped on the right side of Interstate 84, it was struck from behind by the Defendant's vehicle, resulting in serious and permanent injuries and losses.

3.    The Plaintiff claims the accident was caused by the negligence and recklessness of the Defendant, in numerous respects.

4.    The Plaintiff claims to have sustained numerous physical injuries in the accident, including a large central disc herniation at L3-4, moderate disc herniation at L4-5, cervical strain/sprain, weakness and tingling in the right foot, loss of sleep, difficulty walking long distances, left sciatica, a 17% permanent partial impairment to the lumbar spine, shock to his nervous system, and contusions/abrasions of the body.  He claims to have incurred expenses for surgical and hospital care, and that he will to continue to incur such expenses.  He further claims to have sustained lost wages and a loss of future earning capacity.

5.    The state court action is being removed to the District Court pursuant to Title 28, United States Code, §1441(a).  In support of this Notice of Removal, the Defendant respectfully states and represents to the Court as follows:

a.    By Complaint dated December 17, 2012, the Plaintiff filed suit against the Defendant.  The Defendant was served with the Complaint on December 28, 2012, via certified mail.

2

b.     The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Waterbury at Waterbury.

c.     The Plaintiff is a resident of Waterbury, Connecticut. *Please see Summons.*

d.     The Defendant is a citizen of the State of Missouri.

e.     In the Complaint, the Plaintiff alleges he suffered various permanent physical injuries and monetary losses as a result of the incident, as described more fully above.

6.     Plaintiff seeks compensatory damages from Defendant, as well as treble damages under Section 14-295 of the Connecticut General Statutes.

7.     This Court has original jurisdiction over the action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Defendant, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

8.     Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut, and the Defendant/Petitioner is subject to personal jurisdiction in Connecticut.

9.     Pursuant to 28 U.S.C. §1446(d), the Defendant/Petitioner has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A

copy of the Certificate of Removal filed with the Superior Court is attached hereto as **Exhibit B**.

      **WHEREFORE**, based upon the foregoing, Defendant/Petitioner Roy D. Burk respectfully requests that this action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Waterbury at Waterbury, be discontinued.

Respectfully submitted,

DEFENDANT/PETITIONER,
ROY D. BURK

By:_____
Michael P. Kenney
Federal Bar No. ct 26768
LeClair Ryan
755 Main St., Suite 2000
Hartford, CT   06103
Telephone:  (860) 656-1940
Fax:  (860) 656-1990
michael.kenney@leclairryan.com

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TODD BAILEY, | ) CIVIL ACTION NO. |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF** |
| ROY D. BURK, | ) **SERVICE** |
| | ) |
|       Defendant. | ) |
| | ) JANUARY 3, 2013 |

Pursuant to D.CONN.L.CIV.R. 5, I hereby certify that on this 3rd day of January, 2013, a copy of the foregoing Petition (with Exhibits A and B) was served via First Class Mail, postage prepaid, upon:

Clifford Comerford, Esq.
Tynan & Iannone
250 Wolcott Rd.
Wolcott CT 06716
*Attorneys for the Plaintiff*

and all pro se parties of record.

Michael P. Kenney

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**See page 2 for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591-3300 | January 22, 2013 |
| | | Month / Day / Year |

| ☒ Judicial District | ☐ G.A. Number. | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | | Waterbury | Major: V    Minor: 01 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Clifford Comerford, Tynan & Iannone, 250 Wolcott Road, Wolcott, CT 06716 | 402504 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 203 ) 879-1431 | |

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: **Bailey, Todd** <br> Address: **44 11 Sharon Road, Waterbury, CT 06705** | P-01 |
| Additional Plaintiff | Name: <br> Address: | P-02 |
| First Defendant | Name: **Burk, Roy** <br> Address: **3732 S. Glennstone, Springfield, MO 65804** | D-50 |
| Additional Defendant | Name: <br> Address: | D-51 |
| Additional Defendant | Name: <br> Address: | D-52 |
| Additional Defendant | Name: <br> Address: | D-53 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court <br> ☐ Assistant Clerk | Name of Person Signing at Left <br> **Clifford Comerford** | Date signed <br> **12/17/12** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Lee Ann Perino, 250 Wolcott Road, Wolcott, CT 06716

| Signed *(Official taking recognizance; "X" proper box)* | ☒ Commissioner of the Superior Court <br> ☐ Assistant Clerk | Date <br> **12/17/12** | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE:  JANUARY 22, 2012　　　　:　　SUPERIOR COURT

TODD BAILEY　　　　　　　　　　　　:　　J.D. WATERBURY

V.　　　　　　　　　　　　　　　　　:　　AT WATERBURY

ROY D. BURK　　　　　　　　　　　　:　　DECEMBER 17, 2012

## COMPLAINT

**First Count:**

　1.  On May 21, 2011, Interstate 84 was a public highway running in a generally easterly and westerly direction in the Town of Middlebury, Connecticut.

　2.  On said date, at approximately 10:20 a.m., the Plaintiff, Todd Bailey was the owner and operator of a vehicle that had been traveling in a westerly direction on I-84, between Exits 17 and 16 when the Plaintiff's vehicle went over to the right side of the highway and stopped.

　3.  At the same time and place, the Defendant, Roy D. Burk, was operating a tractor trailer owned by New Prime Inc., and was traveling in a westerly direction on I-84 behind the Plaintiff's vehicle, when suddenly and without warning, the Defendant Roy D. Burk, struck the rear of the vehicle in which the Plaintiff, Todd Bailey, was operating.

　4.  At the same time, the Defendant, Roy D. Burk, was the operator of a tractor trailer owned by New Prime, Inc, which was traveling in a westerly direction on I-84.  At all times mentioned herein, the Defendant, Roy D. Burk, was an employee of new Prime, Inc. and was operating said vehicle within the scope of his employment and general authority to do so.

　5.  As a result of the said collision, the Plaintiff, Todd Bailey was violently

TYMAN & IANNONE  ATTORNEYS AT LAW
250 WOLCOTT ROAD • WOLCOTT, CONNECTICUT 06716-2634 • (203) 879-1431 • JURIS NO. 402504

thrown about the vehicle in which he was in, thereby suffering the injuries, losses and damages hereinafter set forth.

6.    The collision and injuries to the Plaintiff, Todd Bailey, were caused by the carelessness and negligence of Roy D. Burk, in one or more of the following ways:

a.    In that he failed to keep a reasonable and proper lookout for other motor vehicles upon the highway;

b.    In that he failed to operate said motor vehicle at a speed which was reasonable and proper having regard to the width, traffic and use of said highway under the conditions then and there existing in violation of Section 14-218a of the Connecticut General Statutes;

c.    In that he failed to operate said motor vehicle with a reasonable distance apart from the motor vehicle directly in front of him in violation of Connecticut General Statutes Section 14-240(a);

d.    In that he failed to keep the vehicle he was operating under reasonable and proper control;

e.    In that he operated said vehicle with defective or inadequate brakes, or failed to apply the brakes in time to avoid colliding with the Plaintiff's motor vehicle; and

f.    In that he failed to bring the motor vehicle he was operating to a stop, or turn said vehicle, so as to avoid colliding with the Plaintiff's motor vehicle, although by the exercise of reasonable care, prudent operation and control of said motor vehicle, although by the exercise of reasonable care, prudent operation and control of said motor vehicle, he should have avoided said collision.

g.   In that he failed to sound his horn or give a timely warning or any warning whatsoever of the impending collision; and

7.   As a result of the carelessness and negligence of the Defendant, Roy D. Burk the Plaintiff, Todd Bailey, was thrown about the interior of his motor vehicle and suffered severe and serious personal injuries which were caused by or aggravated by the accident in question, some of which may be permanent in nature, including, but not limited to:

a.   Large central disc hernation at L3-4, moderate size disc herniation at L4-5;

b.   Cervical strain/sprain;

c.   Weakness & tingling sensation in right foot;

d.   Loss of sleep;

e.   Difficulty walking long distances;

f.   Left sciatica;

g.   A 17% permanent partial disability to his lumbar spine;

h.   Shock to the nervous system; and

i.   Contusions and abrasions to the body.

8.   As a further result of the aforesaid negligence and carelessness of Roy D. Burk, the Plaintiff, Todd Bailey, was obliged to expend large sums of money for surgical and hospital care, doctors, x-rays, medical specialists, medication and physical therapy and will continue to incur medical expenses as a result of the injuries sustained in said collision, all to his financial detriment.

9.   As a further result of the carelessness and negligence of Roy D. Burk, the Plaintiff, Todd Bailey, has lost time from work and may lose time from work in the future, resulting in a loss of earnings and earning capacity.

TYNAN & IANNONE  ATTORNEYS AT LAW
250 WOLCOTT ROAD ● WOLCOTT, CONNECTICUT 06716-2634 ● (203) 879-1431 ● JURIS NO. 402504

10.     As a further result of the carelessness and negligence of Roy D. Burk, the Plaintiff, Todd Bailey, has endured and will continue to endure great mental, physical, and emotional pain, stress, anguish, and anxiety, and has been sick, sore and disabled for a long period of time; to a large extent, his injuries are permanent and he will never be able to get about as a well person, but will be greatly restricted in his enjoyment of life's activities.

**Second Count:**

1.-10.  All of the allegations of the First Count of this complaint are incorporated herein as if fully set forth.

11. The Defendant operator, Roy D. Burk, deliberately and with reckless disregard, operated said motor vehicle in violation of Connecticut General Statutes Section 14-222, 14-240a and 14-218a and such violations were substantial factors in causing the Plaintiff's injuries.

WHEREFORE, the Plaintiff claims:

    1.  Judgment;

    2.  Damages;

    3.  Double and treble damages pursuant to Section 14-295 of the General

Statutes (as to the Second Count); and

    4.  Such other and further relief as in law or equity may appertain.

THE PLAINTIFF
TODD BAILEY

By _____

Clifford Comerford
HIS ATTORNEY
Tynan & Iannone
250 Wolcott Road
Wolcott, CT 06716
Juris # 402504
(203) 879-1431

| RETURN DATE:  JANUARY 22, 2012 | : | SUPERIOR COURT |
| TODD BAILEY | : | J.D. WATERBURY |
| V. | : | AT WATERBURY |
| ROY D. BURK | : | DECEMBER 17, 2012 |

## AD DAMNUM

The amount sought by the Plaintiff is in excess of Fifteen Thousand and No/100

($15,000.00) Dollars.

THE PLAINTIFF
TODD BAILEY

By_____
Clifford Comerford
HIS ATTORNEY
Tynan & Iannone
250 Wolcott Road
Wolcott, CT 06716
Juris # 402504
(203) 879-1431

TYNAN & IANNONE   ATTORNEYS AT LAW
250 WOLCOTT ROAD • WOLCOTT, CONNECTICUT 06716-2634 • (203) 879-1431 • JURIS NO. 402504

# EXHIBIT B

DOCKET NO.: NOT YET ASSIGNED

| | | |
|---|---|---|
| TODD BAILEY, | ) | SUPERIOR COURT |
| | ) | |
|        Plaintiff, | ) | |
|   v. | ) | |
| | ) | JUDICIAL DISTRICT OF |
| ROY D. BURK, | ) | WATERBURY AT WATERBURY |
| | ) | |
|       Defendant. | ) | |
| | ) | JANUARY 3, 2013 |

### CERTIFICATION OF FILING PETITION FOR REMOVAL

NOW COMES defendant ROY D. BURK, by and through his undersigned

counsel, and hereby certifies that he has this date filed a Petition for Removal of the

above-captioned action to the United States District Court for the District of Connecticut.

A copy of said Petition (with Exhibits) is attached hereto as **Exhibit A**.

Respectfully submitted,

DEFENDANT,
ROY D. BURK

By:_____
Michael P. Kenney
LeClair Ryan
Juris No. 430978
755 Main St., Suite 2000
Hartford, CT   06103
Telephone:  (860) 656-1940
Fax:  (860) 656-1990
michael.kenney@leclairryan.com

## CERTIFICATION

I hereby certify that on this 3rd day of January, 2013, a copy of the foregoing was served via First Class Mail, postage prepaid, upon:

Clifford Comerford, Esq.
Tynan & Iannone
250 Wolcott Rd.
Wolcott CT 06716
*Attorneys for the Plaintiff*

and all pro se parties of record.

_____
Michael P. Kenney